Adversary Case: 16-ap-02103

Plaintiff: State of Ohio Dept. Job & Fam. Services

Defendant: Joshua K. Rice

# CERTIFICATE OF SERVICE

I, _____Erin M. Dooley_____, certify that I am, and at all times during the
(name)

service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made ___June 10, 2016___ by:
(date)

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Joshua K. Rice
389 Domigan Road
Sunbury, OH 43074

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                                                           (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

___June 10, 2016___                                  /s/ Erin M. Dooley
Date                                                                 Signature

| Print Name | Erin M. Dooley |
|---|---|
| Business Address | 6305 Emerald Parkway |
| City Dublin | State OH   Zip 43016 |